# Exhibit 1

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | bashinvxie | Exh. 1 - part 1.pdf | 3 |

DEF NO.: 1, STORENAME: bashinvxie
STOREURL: temu.com/mall.html?mall_id=634418223048336

| D927,161 |  |
|---|---|



DEF NO.: 1, STORENAME: bashinvxie
STOREURL: temu.com/mall.html?mall_id=634418223048336



DEF NO.: 1, STORENAME: bashinvxie                                            5
STOREURL: temu.com/mall.html?mall_id=634418223048336



DEF NO.: 1, STORENAME: bashinvxie                                          6
STOREURL: temu.com/mall.html?mall_id=634418223048336

