**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BASHINVXIE,<br><br>Defendant. | Case No. 26-cv-00121<br><br>**Judge LaShonda A. Hunt**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Deckers Outdoor Corporation ("Plaintiff") hereby withdraws its Motion for Leave to File Under Seal [4].

Dated this 7th day of January 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Deckers Outdoor Corporation*